**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AUGSBURGER, CARMELITA M | § | Case No. 14-40039 |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/04/2014 . The undersigned trustee was appointed on 11/04/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 9,750.27

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 34.89 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 1,228.53 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 8,486.85 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/13/2015 and the deadline for filing governmental claims was 05/04/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,602.17 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,602.17 , for a total compensation of $ 1,602.17 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/13/2015 By:/s/Elizabeth C. Berg, Trustee
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 14-40039 DRC Judge: DONALD R. CASSLING
Case Name: AUGSBURGER, CARMELITA M

For Period Ending: 06/07/15

Trustee Name: Elizabeth C. Berg, Trustee
Date Filed (f) or Converted (c): 11/04/14 (f)
341(a) Meeting Date: 12/08/14
Claims Bar Date: 03/13/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 314 Farview Dr., North Aurora IL 60542 S<br>Stay lifted per order 1/16/15 | 105,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on Hand | 150.00 | 0.00 | | 0.00 | FA |
| 3. West Suburban Bank checking account ending in #382 | 332.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Collectibles | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Bi-centenial quarters | 1,438.00 | 0.00 | | 0.00 | FA |
| 7. 4 rings, misc. jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Met Life Policy ending in #044A with CSV of $5361<br>Policy Ending in #044A; Trustee recovered cash surrender value of policy; debtor claimed and allowed exemption in the policy | 5,361.00 | 5,361.00 | | 6,103.05 | FA |
| 9. West Suburban Bank IRA account ending in #0006 | 6,500.00 | 0.00 | | 0.00 | FA |
| 10. 2004 Lincoln Town Car with 131,000 miles | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. Pet dog. | 0.00 | 0.00 | | 0.00 | FA |
| 12. Three (3) cemetary plots- Section J at Mt. Emblem | 7,500.00 | 0.00 | | 0.00 | FA |
| 13. Met Life Policy ending in #028A with CSV of $3206<br>Policy ending in #028A; Trustee recovered cash surrender value of policy | 3,206.00 | 3,647.22 | | 3,647.22 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $134,987.00 | $9,008.22 | | $9,750.27 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee liquidated cash surrender value of life insurance policies; Trustee reviewed claims and prepared final report

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 14-40039 DRC Judge: DONALD R. CASSLING
Case Name: AUGSBURGER, CARMELITA M

Trustee Name: Elizabeth C. Berg, Trustee
Date Filed (f) or Converted (c): 11/04/14 (f)
341(a) Meeting Date: 12/08/14
Claims Bar Date: 03/13/15

Initial Projected Date of Final Report (TFR): 06/30/15 Current Projected Date of Final Report (TFR): 06/30/15

Exhibit B

## FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 14-40039 -DRC
Case Name: AUGSBURGER, CARMELITA M

Taxpayer ID No: *******1539
For Period Ending: 06/13/15

Trustee Name: Elizabeth C. Berg, Trustee
Bank Name: Associated Bank
Account Number / CD #: *******6419 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/15 | 8 | METROPOLITAN LIFE INSURANCE CO.<br>JPMORGAN CHASE BANK, N.A.<br>6040 TARBELL ROAD<br>SYRACUSE, NY 13206 | LIFE INSURANCE CASH SURRENDER VALUE | 1129-000 | 6,103.05 | | 6,103.05 |
| 03/12/15 | 13 | METROPOLITAN LIFE INSURANCE CO.<br>JPMORGAN CHASE BANK, N.A.<br>6040 TARBELL ROAD<br>SYRACUSE, NY 13206 | LIFE INSURANCE CASH SURRENDER VALUE | 1129-000 | 3,647.22 | | 9,750.27 |
| 03/25/15 | 001001 | CARMELITA M. AUGSBURGER<br>314 FARVIEW DRIVE<br>NORTH AURORA, IL 60542 | Debtor's Exemption<br>Debtor's Exemption in Met Life Insurance Policies | 8100-000 | | 1,228.53 | 8,521.74 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,511.74 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.25 | 8,499.49 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.64 | 8,486.85 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 9,750.27 | 1,263.42 | 8,486.85 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 9,750.27 | 1,263.42 | |
| Less: Payments to Debtors | | 1,228.53 | |
| Net | 9,750.27 | 34.89 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********6419 | 9,750.27 | 34.89 | 8,486.85 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 9,750.27 | 34.89 | 8,486.85 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 9,750.27 | 1,263.42 |

FORM 2



**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 14-40039 -DRC
Case Name: AUGSBURGER, CARMELITA M

Taxpayer ID No: *******1539
For Period Ending: 06/13/15

Trustee Name: Elizabeth C. Berg, Trustee
Bank Name: Associated Bank
Account Number / CD #: *******6419 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - ********6419

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Page 1

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: June 13, 2015

Case Number: 14-40039
Debtor Name: AUGSBURGER, CARMELITA M

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $1,602.17 | $0.00 | $1,602.17 |
| | Subtotal For Claim Type 2100-00 Trustee Compensation | | | $1,602.17 | $0.00 | $1,602.17 |
| 001<br>3110-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $1,157.00 | $0.00 | $1,157.00 |
| | Subtotal For Claim Type 3110-00 Attorney for TR Fees (TR Firm) | | | $1,157.00 | $0.00 | $1,157.00 |
| 000001<br>050<br>4120-00 | WELLS FARGO BANK, N.A.<br>c/o Codilis & Associates, P.C.<br>15W030 N. Frontage Road, Suite 100<br>Burr Ridge, IL 60527 | Secured | (1-1) Docketed on wrong case , filer notified 12/30/2014-ps | $0.00 | $0.00 | $0.00 |
| | Subtotal For Claim Type 4120-00 Real Estate - Non Consensual | | | $0.00 | $0.00 | $0.00 |
| 000002<br>070<br>7100-00 | Old Second National Bank<br>37 S River St<br>North Aurora, IL 60506 | Unsecured | no amounts claimed as secured<br>(2-1) modified address 1/26/205-ps | $20,950.00 | $0.00 | $20,950.00 |
| 000003<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>Successor to U.S. BANK NATIONAL ASSOCIAT<br>FINANCIAL SERVICES)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | account number matches scheduled claim cole taylor | $11,802.29 | $0.00 | $11,802.29 |
| | Subtotal For Claim Type 7100-00 General Unsecured 726(a)(2) | | | $32,752.29 | $0.00 | $32,752.29 |
| 001<br>8100-00 | Carmelita M. Augsburger | Unsecured | Claimed exemption in Met Life Insurance Policies plus additional proceeds accrued on the exempt portion | $1,228.53 | $1,228.53 | $0.00 |
| | Subtotal For Claim Type 8100-00 Debtor Exemptions | | | $1,228.53 | $1,228.53 | $0.00 |
| | Case Totals: | | | $36,739.99 | $1,228.53 | $35,511.46 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-40039
Case Name: AUGSBURGER, CARMELITA M
Trustee Name: Elizabeth C. Berg, Trustee

Balance on hand $ 8,486.85

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | WELLS FARGO BANK, N.A. | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 8,486.85

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 1,602.17 | $ 0.00 | $ 1,602.17 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 1,157.00 | $ 0.00 | $ 1,157.00 |

Total to be paid for chapter 7 administrative expenses $ 2,759.17

Remaining Balance $ 5,727.68

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,752.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Old Second National Bank | $ 20,950.00 | $ 0.00 | $ 3,663.71 |
| 000003 | Portfolio Recovery Associates, LLC | $ 11,802.29 | $ 0.00 | $ 2,063.97 |

Total to be paid to timely general unsecured creditors $ 5,727.68

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE