# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
AUGSBURGER, CARMELITA M § Case No. 14-40039
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
United States Bankruptcy Court
219 S. Dearborn Street
7th Floor
Chicago  IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :
10:30 a.m.
on Friday, August 14, 2015
in Courtroom 240 of the Kane County Courthouse
100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Jeffrey P. Allsteadt_____

*Elizabeth C. Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
AUGSBURGER, CARMELITA M § Case No. 14-40039
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 9,750.27 |
| and approved disbursements of | $ | 1,263.42 |
| leaving a balance on hand of[1] | $ | 8,486.85 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000001 | WELLS FARGO BANK, N.A. | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 8,486.85 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 1,602.17 | $ 0.00 | $ 1,602.17 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 1,157.00 | $ 0.00 | $ 1,157.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,759.17 |
| Remaining Balance | $ 5,727.68 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,752.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Old Second National Bank | $ 20,950.00 | $ 0.00 | $ 3,663.71 |
| 000003 | Portfolio Recovery Associates, LLC | $ 11,802.29 | $ 0.00 | $ 2,063.97 |
| | Total to be paid to timely general unsecured creditors | | | $ 5,727.68 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
                          Elizabeth C. Berg, Trustee

*Elizabeth C. Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Carmelita M Augsburger  
      Debtor

Case No. 14-40039-DRC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: pseamann     Page 1 of 1     Date Rcvd: Jul 20, 2015  
                            Form ID: pdf002    Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2015.

```
db              +Carmelita M Augsburger,    314 Farview Dr.,    North Aurora, IL 60542-1548
22598111       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    P.O. Box 982235,    El Paso, TX 79998-2235)
22598113        Cole Taylor Bank,    P.O. Box 790408,    Saint Louis, MO 63179-0408
22598112        Cole Taylor Bank,    Cardmember Service,    P.O. Box 6354,    Fargo, ND 58125-6354
22598114        Law Office of Richard J. Arendt,    640 N. LaSalle St.,    Ste. #680,    Chicago, IL 60654-3769
22598115       +Old Second National Bank,    37 S River St,    North Aurora, IL 60542
23042876      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,
                  Successor to U.S. BANK NATIONAL ASSOCIAT,    FINANCIAL SERVICES),    POB 41067,
                  Norfolk, VA 23541)
22598116        Shell,    Customer Service,    P.O. Box 6170,    Sioux Falls, SD 57117-6170
22630744       +WELLS FARGO BANK, N.A.,    c/o Codilis & Associates, P.C.,    15W030 N. Frontage Road, Suite 100,
                  Burr Ridge, IL 60527-6921
22598117       +Wells Fargo Mortgage,    P.O. Box 5296,    Carol Stream, IL 60197-5296
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2015                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2015 at the address(es) listed below:

```
          Christopher J Stasko    on behalf of Creditor    WELLS FARGO BANK, N.A. ND-Four@il.cslegal.com
          Elizabeth C Berg    bergtrustee@baldiberg.com,    eberg@ecf.epiqsystems.com, jmanola@baldiberg.com
          Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
          Kent A Gaertner    on behalf of Debtor Carmelita M Augsburger kgaertner@springerbrown.com,
           kgaertner@springerbrown.com;jkrafcisin@springerbrown.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Rachael A Stokas    on behalf of Creditor    WELLS FARGO BANK, N.A. ND-Two@il.cslegal.com
                                                                                             TOTAL: 6
```