# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AUGSBURGER, CARMELITA M | § | Case No. 14-40039 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 99,600.00                     Assets Exempt: 27,900.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 5,727.68      Claims Discharged
                                                Without Payment: 43,732.61

Total Expenses of Administration: 2,794.06

---

3) Total gross receipts of $ 9,750.27 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,228.53 (see **Exhibit 2**), yielded net receipts of $ 8,521.74 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 169,311.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,794.06 | 2,794.06 | 2,794.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 31,354.00 | 32,752.29 | 32,752.29 | 5,727.68 |
| **TOTAL DISBURSEMENTS** | $ 200,665.00 | $ 35,546.35 | $ 35,546.35 | $ 8,521.74 |

    4)  This case was originally filed under chapter 7 on  11/04/2014 .  The case was pending for 11 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/16/2015                    By:/s/Elizabeth C. Berg, Trustee
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Met Life Policy ending in #044A with CSV of $5361 | 1129-000 | 6,103.05 |
| Met Life Policy ending in #028A with CSV of $3206 | 1129-000 | 3,647.22 |
| **TOTAL GROSS RECEIPTS** | | **$9,750.27** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CARMELITA M. AUGSBURGER | Exemptions | 8100-000 | 1,228.53 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 1,228.53** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Old Second National Bank 200 W. John St. North Aurora, IL 60542 | | 21,100.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Mortgage P.O. Box 5296 Carol Stream, IL 60197 | | 148,211.00 | NA | NA | 0.00 |
| 000001 | WELLS FARGO BANK, N.A. | 4120-000 | NA | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 169,311.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | 2100-000 | NA | 1,602.17 | 1,602.17 | 1,602.17 |
| Associated Bank | 2600-000 | NA | 34.89 | 34.89 | 34.89 |
| BALDI BERG | 3110-000 | NA | 1,157.00 | 1,157.00 | 1,157.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 2,794.06 | $ 2,794.06 | $ 2,794.06 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O. Box 982235 El Paso, TX 79998-2235 | | 13,608.00 | NA | NA | 0.00 |
| | Law Office of Richard J. Arendt 640 N. LaSalle St. Ste. #680 Chicago, IL 60654-3769 | | 2,100.00 | NA | NA | 0.00 |
| | Shell Customer Service P.O. Box 6170 Sioux Falls, SD 57117-6170 | | 1,000.00 | NA | NA | 0.00 |
| 000002 | OLD SECOND NATIONAL BANK | 7100-000 | NA | 20,950.00 | 20,950.00 | 3,663.71 |
| 000003 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 14,646.00 | 11,802.29 | 11,802.29 | 2,063.97 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 31,354.00 | $ 32,752.29 | $ 32,752.29 | $ 5,727.68 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-40039 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | AUGSBURGER, CARMELITA M | | | Date Filed (f) or Converted (c): | 11/04/14 (f) |
| | | | | 341(a) Meeting Date: | 12/08/14 |
| For Period Ending: | 09/16/15 | | | Claims Bar Date: | 03/13/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 314 Farview Dr., North Aurora IL 60542 S | 105,000.00 | 0.00 | | 0.00 | FA |
| Stay lifted per order 1/16/15 | | | | | |
| 2. Cash on Hand | 150.00 | 0.00 | | 0.00 | FA |
| 3. West Suburban Bank checking account ending in #382 | 332.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Collectibles | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Bi-centenial quarters | 1,438.00 | 0.00 | | 0.00 | FA |
| 7. 4 rings, misc. jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Met Life Policy ending in #044A with CSV of $5361 | 5,361.00 | 5,361.00 | | 6,103.05 | FA |
| Policy Ending in #044A; Trustee recovered cash surrender value of policy; debtor claimed and allowed exemption in the policy | | | | | |
| 9. West Suburban Bank IRA account ending in #0006 | 6,500.00 | 0.00 | | 0.00 | FA |
| 10. 2004 Lincoln Town Car with 131,000 miles | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. Pet dog. | 0.00 | 0.00 | | 0.00 | FA |
| 12. Three (3) cemetary plots- Section J at Mt. Emblem | 7,500.00 | 0.00 | | 0.00 | FA |
| 13. Met Life Policy ending in #028A with CSV of $3206 | 3,206.00 | 3,647.22 | | 3,647.22 | FA |
| Policy ending in #028A; Trustee recovered cash surrender value of policy | | | | | |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)    $134,987.00    $9,008.22    $9,750.27    $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee liquidated cash surrender value of life insurance policies; Trustee reviewed claims and prepared final report

LFORM1                                                          Ver: 18.05
**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 14-40039    DRC    Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | AUGSBURGER, CARMELITA M | Date Filed (f) or Converted (c): | 11/04/14 (f) |
| | | 341(a) Meeting Date: | 12/08/14 |
| | | Claims Bar Date: | 03/13/15 |

Initial Projected Date of Final Report (TFR): 06/30/15      Current Projected Date of Final Report (TFR): 06/30/15

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 14-40039 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | AUGSBURGER, CARMELITA M | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6419 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1539 | | |
| For Period Ending: | 09/16/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/15 | 8 | METROPOLITAN LIFE INSURANCE CO. JPMORGAN CHASE BANK, N.A. 6040 TARBELL ROAD SYRACUSE, NY 13206 | LIFE INSURANCE CASH SURRENDER VALUE | 1129-000 | 6,103.05 | | 6,103.05 |
| 03/12/15 | 13 | METROPOLITAN LIFE INSURANCE CO. JPMORGAN CHASE BANK, N.A. 6040 TARBELL ROAD SYRACUSE, NY 13206 | LIFE INSURANCE CASH SURRENDER VALUE | 1129-000 | 3,647.22 | | 9,750.27 |
| 03/25/15 | 001001 | CARMELITA M. AUGSBURGER 314 FARVIEW DRIVE NORTH AURORA, IL 60542 | Debtor's Exemption Debtor's Exemption in Met Life Insurance Policies | 8100-000 | | 1,228.53 | 8,521.74 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,511.74 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.25 | 8,499.49 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.64 | 8,486.85 |
| 08/26/15 | 001002 | Elizabeth C. Berg, Trustee c/o Baldi Berg, Ltd. 20 N. Clark Street #200 Chicago IL 60602 | TR Final Compensation | 2100-000 | | 1,602.17 | 6,884.68 |
| 08/26/15 | 001003 | Baldi Berg, Ltd. 20 N. Clark Street, Ste. 200 Chicago, IL 60602 | Attorney for TR Fees (TR Firm) | 3110-000 | | 1,157.00 | 5,727.68 |
| 08/26/15 | 001004 | Old Second National Bank 37 S River St North Aurora, IL 60506 | Claim 000002, Payment 17.49% | 7100-000 | | 3,663.71 | 2,063.97 |
| 08/26/15 | 001005 | Portfolio Recovery Associates, LLC Successor to U.S. BANK NATIONAL ASSOCIAT FINANCIAL SERVICES) POB 41067 Norfolk, VA 23541 | Claim 000003, Payment 17.49% | 7100-000 | | 2,063.97 | 0.00 |
| | | | Page Subtotals | | 9,750.27 | 9,750.27 | |

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-40039 -DRC |
| Case Name: | AUGSBURGER, CARMELITA M |
| Taxpayer ID No: | *******1539 |
| For Period Ending: | 09/16/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6419  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 9,750.27 | 9,750.27 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 9,750.27 | 9,750.27 | |
| Less: Payments to Debtors | | 1,228.53 | |
| Net | 9,750.27 | 8,521.74 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********6419 | 9,750.27 | 8,521.74 | 0.00 |
| | 9,750.27 | 8,521.74 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*